**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Byron G. Rogers United States Courthouse
1929 Stout Street, C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**                                                                                       303-844-2527
  Judge

November 13, 2012

## MEMORANDUM

TO:        Jeffrey Colwell, Clerk

FROM:   Judge Babcock            s/LTB

RE:        Criminal Action No.  12-cr-00464-LTB
              USA v. Dawdy

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp